# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KEVIN JOHNSON** | **CRIMINAL ACTION NO. 24-187** |

## ORDER

**AND NOW**, on this 17th day of September, 2024, it is hereby **ORDERED** that Defendant's Pro Se Motion to Dismiss Indictment/Motion to Dismiss the Case (ECF 11), Pro Se Motion to Reproduce, Copy, and Inspect Grand Jury List (ECF 12), and Pro Se Motion for Grand Jury Transcripts/Defendant Notes Trial Defense (ECF 13) are **DENIED as moot** in light of this Court's August 2, 2024 Order (ECF 21) granting the Government's motion to preclude Defendant from using "hybrid" representation.

**BY THE COURT:**

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CRIMINAL DEPUTY (Lori)\ORDERS\24-187 Order.docx