IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN JOHNSON | CRIMINAL ACTION<br><br>NO. 24-CR-187 |

### ORDER RE MOTIONS TO SUPPRESS

**AND NOW**, this 21st day of August, 2025, upon consideration of Defendant Kevin Johnson's Motion to Suppress Evidence from Chevy Malibu and Backpack (ECF 41) and Motion to Suppress 111 Wendover (ECF 42), the Government's Response (ECF 47), and after a hearing on August 11, 2025, for the reasons stated in the foregoing Memorandum, it is **ORDERED** that Defendant's Motions to Suppress (ECF 41–42) and supplemental Motions (ECF 50–51) are **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\Criminal Cases\24-CR-187, United States v. Kevin Johnson\24-cr-187 Order re Motions to Suppress.docx